Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, Floor 19
Los Angeles, California 90067
Telephone:  (310) 929-4900
Facsimile:   (310) 943-3838

Attorneys for Plaintiffs
JOHN STEVENS and RITA STEVENS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEVENS and RITA STEVENS,<br><br>            Plaintiffs,<br><br>      v.<br><br>KIA AMERICA INC.; and DOES 1 through 10, inclusive<br><br>            Defendants. | Case No. 5:22−cv−01625−SSS−KK<br><br>**Request for Entry of Judgment Pursuant to FRCP 68(a)**<br><br>[Complaint Filed: September 14, 2022] |

REQUEST FOR ENTRY OF JUDGMENT

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR
ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE** Plaintiffs JOHN STEVENS and RITA
STEVENS accepted Defendant KIA AMERICA INC.'s Offer of Judgment
Pursuant to Fed. R. Civ. P. 68 on March 7, 2023, which is attached hereto as
**Exhibit 1**. Plaintiffs hereby apply for the entry of judgment thereon pursuant to
the terms of the Rule 68 attached herein.

Dated: March 9, 2023           STRATEGIC LEGAL PRACTICES, APC

                           */s/ Tionna Dolin*

                           TIONNA DOLIN
                           Attorneys for Plaintiffs

1  SJL LAW LLP
   Julian G. Senior (SBN: 219098)
2  Corinne D. Orquiola (SBN: 226969)
   841 Apollo Street, Suite 300
3  El Segundo, CA 90245
   Tel. No.: 424.290.0720
4  Fax No.: 424.290.0721
5  mail@sjllegal.com (service at any other email address is invalid)

6  Attorneys for Defendant KIA AMERICA, INC.

7

8              **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

10

11 JOHN    STEVENS    and    RITA  )    **CASE NO.: 5:22−cv−01625−SSS−KK**
   STEVENS,                        )
12                                 )    Assigned to: Sunshine Suzanne Sykes
13            Plaintiffs,          )    Courtroom: 2
                                   )
14       vs.                       )    **KIA AMERICA, INC'S OFFER OF**
                                   )    **JUDGMENT PURSUANT TO**
15                                 )    **FEDERAL RULE OF CIVIL**
16 KIA MOTORS AMERICA, INC.;       )    **PROCEDURE 68**
   and DOES 1 through 10, inclusive, )
17                                 )
18            Defendants.          )
                                   )
19                                 )
                                   )
20 _____ )

21       TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

22       Defendant Kia America, Inc. fka Kia Motors America, Inc. ("KA") hereby

23 offers to allow entry of judgment to be taken against it pursuant to Rule 68 of the

24 Federal Rules of Civil Procedure in favor of Plaintiffs John Stevens and Rita

25 Stevens (collectively "Plaintiffs") and against Defendant KA, as follows:

26       1.       KA will pay Plaintiffs thirty-six thousand dollars ($36,000).

27       2.       KA will allow Plaintiffs to file a noticed motion, pursuant to Civil

28 Code 1794(d), for the Court to decide how much to award Plaintiffs for their

reasonable, necessary, and actually incurred amount of attorneys' fees, expenses and costs in this matter.

In exchange for the above consideration, Plaintiffs shall stipulate to dismiss this entire action of all parties and all causes of action with prejudice.

To accept this offer, Plaintiffs must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.

DATED:  February 13, 2023                    SJL LAW LLP


By:    /s/ Corinne D. Orquiola _____
       Julian G. Senior
       Corinne D. Orquiola
       Attorneys for Defendant
       KIA AMERICA, INC




DATED: March 7, 2023                    By:

       Tionna Dolin
       Attorney for Plaintiffs
       John Stevens and Rita Stevens

## <u>CERTIFICATE OF ELECTRONIC SERVICE</u>

I hereby certify that on **February 13, 2023** a true and correct copy of the foregoing **KIA AMERICA, INC'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** was electronically served to the following counsel of record:

| | |
|---|---|
| Tionna Dolin | **Attorneys for Plaintiffs** |
| Marcy Gribin-Sanchez | |
| Sean Crandall | Tel. No.:    310.929.4900 |
| Matthew Pardo | Fax No.:    310.943.3838 |
| Ariel Harman-Holmes | Email:      tdolin@slpattorney.com |
| STRATEGIC LEGAL PRACTICES, APC | emailservices@slpattorney.com |
| 1888 Century Park, East, 19th Floor | |
| Los Angeles, CA 90067 | |

- 1 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1888 Century Park East, Floor 19, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**Request for Entry of Judgment Pursuant to FRCP 68(a)**

on the interested parties in said case as follows:

Served Electronically Via the Court's CM/ECF System

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on March 10, 2023.

*Kyara Galloway*
_____
Kyara Galloway