JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEVENS and RITA STEVENS,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>KIA AMERICA, INC.; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No.: 5:22−cv−01625−SSS−KKx<br><br>District Judge: Hon. Sunshine Suzanne Sykes<br><br>**JUDGMENT PER RULE 68 OFFER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiffs JOHN STEVENS and RITA STEVENS ("Plaintiffs") accepted Defendants KIA AMERICA, INC.'s Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on March 7, 2023.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiffs pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Date: March 13, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Irene Vazquez, Deputy Clerk

1

**JUDGMENT**