# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEVENS and RITA STEVENS,<br><br>      Plaintiffs,<br><br>  vs.<br><br>KIA AMERICA, INC.; and DOES 1 through 10, inclusive<br><br>      Defendants. | Case No.: 5:22−cv−01625−SSS−KKx<br><br>District Judge: Hon. Sunshine Suzanne Sykes<br><br>**JUDGMENT PER RULE 68 OFFER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs JOHN STEVENS and RITA STEVENS ("Plaintiffs") accepted Defendants KIA AMERICA, INC.'s Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on March 7, 2023. Additionally, Parties are in agreement that Defendant KIA AMERICA, INC will pay $67,175.00 in Plaintiffs' Attorneys' Fees, Costs, and Expenses within 60 days from entry of this Judgment.

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs pursuant to the terms of the Rule 68 Offer and $67,175.00 in Plaintiffs' Attorneys' Fees, Costs, and Expenses pursuant to the Parties' Joint Addendum to Judgment.

      **IT IS SO ORDERED.**

Date: April 19, 2023

_____
Irene Vazquez, Deputy Clerk

1